# United States District Court

## *Southern District of Georgia*

Toshaina Melton

_____    Case No. 4:22-cv-00109-RSB-CLR
Plaintiff

v.   Abbott Laboratories Inc. et al        Appearing on behalf of
                                                              Plaintiff
_____    _____
Defendant                                          (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Annesley H. DeGaris

Business Address: DeGaris Law, LLC
                              Firm/Business Name

2 North 20th Street, Suite 1030
                              Street Address
                              Birmingham    AL
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(205)-281-5185
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: adegaris@degarislaw.com